| | |
|---|---|
| PHILLIP A. TALBERT | |
| United States Attorney | |
| MICHAEL G. TIERNEY | |
| Assistant U.S. Attorney | |
| MISDEMEANOR UNIT | |
| 2500 Tulare Street, Suite 4401 | |
| Fresno, California 93721 | |
| Telephone: (559) 497-4000 | |

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00101-SAB |
| Plaintiff, | [Citation #6238396 CA/8] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| TIMOTHY J. SHERIDAN, | |
| Defendant. | |

    The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00101-SAB [Citation #6238396 CA/8] against TIMOTHY J. SHERIDAN without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 12, 2017                                    Respectfully submitted,

                                                                PHILLIP A. TALBERT
                                                                United States Attorney

                                   By:     /s/ Michael G. Tierney
                                                  MICHAEL G. TIERNEY
                                                  Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00101-SAB [Citation #6238396 CA/8] against TIMOTHY J. SHERIDAN be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **May 12, 2017**

UNITED STATES MAGISTRATE JUDGE